# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARMEN RIVERA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1443-Orl-31JGG**

**CINNAWORKS, LLC,**

        **Defendant.**

_____

## ORDER

Upon consideration of the Joint Motion to Stay Plaintiff's Case Pending Arbitration (Doc. 14), it is

**ORDERED** that the Motion is GRANTED. This case is stayed pending arbitration. A status report is due March 30, 2007 and every 90 days thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 20, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party